**Jamar James EVANS, Plaintiff–Appellant,**

v.

**ATWATER POLICE DEPARTMENT, Defendant–Appellee.**

No. 08–16169.

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Jamar Evans, Atwater, CA, pro se.

Kenneth R. Hedberg, Esquire, Hakeem Ellis & Marengo, Stockton, CA, for Defendant–Appellee.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Jamar James Evans appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging excessive force during his arrest. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam). We affirm.

In opposition to summary judgment, Evans contended that the district court lacked jurisdiction to hear his § 1983 action because of California Government Code § 945.3. The district court properly concluded that it had jurisdiction to consider Evans's action. *See Harding v. Galceran*, 889 F.2d 906, 908 (9th Cir.1989) (California Government Code § 945.3 does not prohibit a § 1983 action).

Evans's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

